## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**PHILLIPS CARL GARDENER**                                                                **PLAINTIFF**
**#25-100**

**v.**                                  **Case No. 2:26-CV-00017-JM**

**JEFF HEAGWOOD, Jail Admin, Sheriff,**
**Phillips County; and ARKANSAS**
**DEPARTMENT OF CORRECTIONS**                                              **DEFENDANTS**

### ORDER

Gardener has not complied with the February 5, 2026 Order directing him to pay the filing and administrative fees for this case or file a complete motion to proceed *in forma pauperis*. *Doc. 3*. The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 17th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE