## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

PHILLIPS CARL GARDENER                                                    PLAINTIFF
#25-100

v.                                    Case No. 2:26-CV-00017-JM

JEFF HEAGWOOD, Jail Admin, Sheriff,
Phillips County; and ARKANSAS
DEPARTMENT OF CORRECTIONS                                               DEFENDANTS

### JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 17th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE